UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19007

In Re:

JaShanna K. Jones-Booker

Case No.: 19-24898

Judge: JNP

Chapter: 13

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __JaShanna K. Jones-Booker__, is the (check all that apply):

   ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

   ☒ Debtor:    ☐ Chap. 11  ☒ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Toni Telles, Esq.__ to serve as (check all that apply):

   ☐ Attorney for:    ☐ Trustee   ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:  ☐ Trustee   ☐ Debtor-in-possession

   ☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor      ☐ Appraiser      ☒ Special Counsel

    ☐ Auctioneer      ☐ Other (specify): _____

3. The employment of the professional is necessary because:
Prior to filing bankruptcy action, Debtor retained the services of the Law Office of Eric A. Shore for her Whistleblower and Discrimination action

4. The professional has been selected because:
Debtor had retained the Law Office of Eric A. Shore prior to filing this bankruptcy

5. The professional services to be rendered are as follows:
Legal - Whistleblower and Discrimination action

6. The proposed arrangement for compensation is as follows:
40% of total recovery after costs and expensess

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐ None

    ☒ Describe connection: Debtor retained law firm prior to filing bankruptcy

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☐ does not hold an adverse interest to the estate.

   ☐ does not represent an adverse interest to the estate.

   ☐ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain: _____

   _____

   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

   _____

   _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 11/1/2019                     /s/ JaShanna Jones-Booker
                                                       Signature of Applicant

*rev.8/1/15*