UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19007

Order Filed on November 19, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

JaShanna Jones-Booker

Case No.: 19-24898

Chapter: 13

Judge: JNP

## ORDER AUTHORIZING RETENTION OF

Toni Telles, Esq.

The relief set forth on the following page is **ORDERED**.

DATED: November 19, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Toni Telles, Esq._____
as ___Whistleblower & Discrimination Counsel___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 201 Laurel Road
   8th Floor
   Vorhees, NJ 08043

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*