Sadek and Cooper Law Offices
Brad J. Sadek, Esquire
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
(215) 545-0008
Attorney for Debtor

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY CHAPTER 13 |
|---|---|
| JaShanna K. Jones-Booker | CASE NO: 19-24898-JNP |
| | **NOTICE OF MOTION TO DISBURSE FUNDS** |
| Debtor | HEARING DATE: **January 14, 2020** |
| | HEARING TIME: **10:00 AM** |

**TO:** Clerk, U.S. Bankruptcy Court, 401 Market Street, Camden, NJ 08101

**Isabel C. Balboa, Trustee, Cherry Tree Corporate Center, 535 Route 38, Suite 150, Cherry Hill, NJ 08002**

**Toni T. Telles, Esq., Law Offices of Eric A. Shore, P.C., 201 Laurel Road, 8th Floor, Voorhees, NJ 08043**

**Madden and Madden, P.A., 108 Kings Highway East, Suite 200, P.O. Box 210, Haddonfield, NJ 08033**

**Ja'Shanna K. Jones-Booker, 202 Creek Road, Bellmawr, NJ 08031**

PLEASE TAKE NOTICE that the undersigned attorney for Debtors shall move before the Honorable Jerrold N. Poslusny, Jr., U.S.B.J. at the United States Bankruptcy Court located at 401 Market Street, Camden, NJ on **January 14, 2020 at 10:00 AM** for an Order Disbursing Funds as set forth in Debtor's Motion and Proposed Order.

In support of the within Motion, the undersigned will rely upon the bankruptcy record and settlement agreement. Oral argument is not requested.

Dated: December 16, 2019

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Attorney for Debtor