UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: JaShanna K. Jones-Booker

Case No.: 19-24898
Chapter: 13
Judge: JNP

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

JaShanna K. Jones-Booker, the Debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Clerk, U.S. Bankruptcy Court, 401 Market Street, Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on January 14, 2020 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4C, 400 Cooper Street, 4th Floor Camden, N.J. 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Whistleblower, Discrimination and Wrongful Termination

Pertinent terms of settlement: Defendant in the above stated action agreed to provide consideration to Debtor in the amount of $27,500.00.

Objections must be served on, and requests for additional information directed to:

Name: Sadek and Cooper Law Office
Address: 1315 Walnut Street, Suite 502, Philadelphia, PA 19107
Telephone No.: 215-545-0008

*rev.8/1/15*